1  TERRENCE McMAHON (No. 71910)
   **McDERMOTT, WILL & EMERY**
2  3150 Porter Drive
   Palo Alto, California 94304-1212
3  Telephone:    650/813-5000
   Facsimile:    650/813-5100
4
   FAY E. MORISSEAU (No. 159931)
5  MATTHEW F. WEIL (No. 157505)
   DANIEL R. FOSTER (No. 179753)
6  CHRISTOPHER D. BRIGHT (No. 206273)
   JENNIFER L. YOKOYAMA (No. 210387)
7  **McDERMOTT, WILL & EMERY**
   18191 Von Karman Avenue, Suite 500
8  Irvine, California 92612-0187
   Telephone:    949/851-0633
9  Facsimile:    949/851-9348

10 Attorneys for Plaintiff
   SANDISK CORPORATION
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15 | SANDISK CORPORATION, a Delaware | Case No. CV-01-3855 CW
   | corporation,                     | [E-Filing]
16 |                                  |
   |              Plaintiff,          | SANDISK CORPORATION'S NOTICE OF
17 |                                  | WITHDRAWAL OF MOTION TO COMPEL
   |      v.                          | MICRON TECHNOLOGY, INC. TO
18 |                                  | PRODUCE DESIGN, DEVELOPMENT AND
   | MICRON TECHNOLOGY, INC., a Delaware | SALES DOCUMENTS
19 | corporation,                     |
20 |              Defendant.          |
21
22 AND RELATED COUNTERCLAIMS
23
24
25
26
27
28

SANDISK'S NOTICE OF WITHDRAWAL OF                                No. CV-01-3855 CW
MOTION TO COMPEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE AND THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

In view of Micron's agreement to provide the additional documents requested by SanDisk, Plaintiff SanDisk Corporation hereby withdraws its motion to compel Defendant Micron Technology, Inc. to produce certain design, development and sales documents, previously filed on November 6, 2002.

DATED: November 27, 2002.

McDERMOTT, WILL & EMERY

By: _____
DANIEL R. FOSTER
Attorneys for Plaintiff SANDISK CORPORATION

ORC 304396-1.061590.0012